41 So.2d 193
### L. T. JONES v. Troy E. BAKER et al.
8 Div. 468.

Supreme Court of Alabama.
March 24, 1949.

Rehearing Denied June 30, 1949.

S. A. Lynne, of Decatur, for petitioner.
Ben L. Britnell, of Decatur, opposed.

LIVINGSTON, Justice.
Petition of L. T. Jones for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jones v. Baker et al., 41 So.2d 191.

Writ denied.

BROWN, FOSTER and LAWSON, JJ., concur.

41 So.2d 280
### Harold TINGLEY v. STATE.
6 Div. 886.

Supreme Court of Alabama.
May 26, 1949.

Rehearing Denied June 30, 1949.

H. L. Anderton, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., opposed.

STAKELY, Justice.
Petition of Harold Tingley for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Tingley v. State, 41 So.2d 276.

In view of the finding of fact set forth in the opinion of the Court of Appeals, the writ is denied on the authority of Russell v. State, 251 Ala. 268, 37 So.2d 233.

Writ denied.

BROWN, LIVINGSTON and SIMPSON, JJ., concur.